# IN THE SUPREME COURT OF THE STATE OF NEVADA

DUSHON NICHALOS GREEN,
          Appellant,

vs.

THE STATE OF NEVADA,
          Respondent.

No. 81611

**FILED**

SEP 04 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an amended judgment of conviction. Eighth Judicial District Court, Clark County; Carolyn Ellsworth, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the amended judgment of conviction on February 10, 2020. Appellant did not file the notice of appeal, however, until August 7, 2020, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

20-32728

cc: Hon. Carolyn Ellsworth, District Judge
Dushon Nichalos Green
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A